UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Eugene Banks,

   Plaintiff,

   Case No. 14-cv-4736 MJD/FLN

v.   ORDER

Rochester Public Schools
District # 535,

   Defendant.

___

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 23, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 26, 2015       s/Michael J. Davis
                MICHAEL J. DAVIS
                United States District Court Chief Judge